# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KATHLEEN MORRISON, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01987-PMP-GWF |
| vs. | ) | **ORDER** |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#4) dated December 12, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **January 19, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge