```
 1  BRENDA H. ENTZMINGER
    Nevada Bar No. 9800
 2  LARA L. MILLER
    Nevada Bar No. 12618
 3  PHILLIPS, SPALLAS & ANGSTADT LLC
 4  504 South Ninth Street
    Las Vegas, Nevada 89101
 5  (702) 938-1510

 6  Attorneys for Defendant
 7  Wal-Mart Stores, Inc.
```

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN MORRISON,<br><br>               Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 10, and ROES 1-10, inclusive,<br><br>               Defendants.<br><br>WAL-MART STORES, INC., a Delaware corporation,<br><br>               Third-Party Plaintiff,<br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a foreign corporation; ROE CORPORATIONS 1 through 20; and DOES 1 through 20, inclusive,<br><br>               Third-Party<br>               Defendants. | Case No.: 2:11-cv-01987-PMP-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this 20th day of Feb., 2013.　　　DATED this 21st day of February, 2013.

**RICHARD HARRIS LAW FIRM**　　　**PHILLIPS, SPALLAS & ANGSTADT**

/s/ For Seth R. Little #9980　　　/s/ Lara L. Miller
Seth R. Little　　　Lara L. Miller
801 South Fourth Street　　　504 South Ninth Street
Las Vegas, NV 89101　　　Las Vegas, Nevada 89101
*Attorney for Plaintiff*　　　*Attorneys for Defendant*


DATED this 21st day of February, 2013.

**THE LAW OFFICES OF ARTHUR W. TUVERSON**

/s/ Jill M. Chase
Jill M. Chase
7201 West Lake Mead Boulevard
Las Vegas, Nevada 89128
*Attorney for Third-Party Defendant*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this __22nd day of February, 2013.

_____
**U.S. DISTRICT COURT JUDGE**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com